# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1787        **Short Title:** Victim Rts. L. Center v. Dep't of Educ.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

s/ Sean Ouellette                               08/14/2025
Signature                                       Date

Sean Ouellette
Name

Public Justice                                  (978) 979-9289
Firm Name (if applicable)                       Telephone Number

1620 L. St. NW Suite 630
Address                                         Fax Number

Washington, D.C. 20036                          souellette@publicjustice.net
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1190322

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes    Court of Appeals No. 25-1500

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

[ Print ]     [ Reset ]