# United States Court of Appeals
## For the First Circuit

No. 25-1787

VICTIM RIGHTS LAW CENTER; TARA BLUNT; T. R., by and through their parent, Tara Blunt; KAREN JOSEFOSKY; A. J., by and through their parent, Karen Josefosky,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in the official capacity as Secretary of Education; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for Civil Rights,

Defendants - Appellants.

**ORDER OF COURT**

Entered: August 15, 2025
Pursuant to 1st Cir. R. 27.0(d)

Briefing on defendants-appellants' "Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay" will proceed on the following schedule: plaintiffs-appellees should respond to the stay motion by 5:00 p.m. on Monday, August 25, 2025. The court then will address the motion promptly.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Abraham R. George, Melissa N. Patterson, Brad P. Rosenberg, Michael Benjamin Bruns, Lindsay R. Skibell, Sean R. Ouellette, Jonathan Hale Friedman, Leila Nicole Nasrolahi, Patrick Graham Archer