# United States Court of Appeals
## For the First Circuit

No. 25-1787

VICTIM RIGHTS LAW CENTER; TARA BLUNT; T. R., by and through their parent, Tara Blunt; KAREN JOSEFOSKY; A. J., by and through their parent, Karen Josefosky,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in the official capacity as Secretary of Education; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for Civil Rights,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 26, 2025

This is an appeal from an order granting a preliminary injunction on June 18, 2025, in the District Court for the District of Massachusetts. We have jurisdiction under 28 U.S.C. § 1292(a). On September 29, we granted Defendant-Appellants ("the Government") a stay pending appeal.

The Government now has filed an "Assented-to Motion to Hold Appeal in Abeyance," which equates to a request for a stay of its deadline to file an opening brief and appendix. In support, the Government represents that the parties intend to seek an indicative ruling by the district court with respect to a potential vacatur of the underlying preliminary injunction.

Given the assent of Plaintiff-Appellees to the motion, the Government's motion is hereby **GRANTED**. The Government shall file a status report or appropriate motion with this court either (i) seven (7) days after the issuance of any indicative ruling by the district court or (ii) thirty (30) days after the entry of this order, whichever date is earlier.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Donald Campbell Lockhart, Abraham R. George, Melissa N. Patterson, Steven A. Myers, Lindsey Reid Skibell, Sean R. Ouellette, Jonathan Hale Friedman