**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, TARA BLUNT, T.R., by and through his parent, Tara Blunt, KAREN JOSEFOSKY, A.J., by and through his parent, Karen Josefosky, | |
| Plaintiffs-appellees, | |
| v. | No. 25-1787 |
| UNITED STATES DEPARTMENT OF EDUCATION, LINDA McMAHON, in her official capacity as Secretary of Education, CRAIG TRAINOR, in his official capacity as Acting Assistant Secretary for Civil Rights, | |
| Defendants-appellants. | |

**JOINT STIPULATION TO DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby

stipulate to the dismissal of this appeal, with each side to bear its own fees and costs.

Respectfully submitted,

/s/ Sean Ouellette
Sean Ouellette
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
souellette@publicjustice.net

L. Reid Skibell
Jonathan H. Friedman
GLENN AGRE BERGMAN &
FUENTES LLP
1185 Avenue of the Americas, 22nd
Floor
New York, New York 10036
Tel: (212) 970-1600
rskibell@glennagre.com
jfriedman@glennagre.com

*Counsel for plaintiffs*

BRETT A. SHUMATE
    *Assistant Attorney General*
ERIC D. MCARTHUR
    *Deputy Assistant Attorney General*
MELISSA N. PATTERSON

/s/ Steven A. Myers
STEVEN A. MYERS
    *Attorneys, Appellate Staff*
    *Civil Division, Room 7232*
    *U.S. Department of Justice*
    *950 Pennsylvania Avenue NW*
    *Washington, DC 20530*
    *(202) 305-8648*
    *Steven.A.Myers@usdoj.gov*

    *Counsel for defendants*

January 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are represented by registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Steven A. Myers*
STEVEN A. MYERS