# United States Court of Appeals
## For the First Circuit

————————————

No. 25-1787

VICTIM RIGHTS LAW CENTER; TARA BLUNT; T. R., by and through their parent, Tara Blunt; KAREN JOSEFOSKY; A. J., by and through their parent, Karen Josefosky,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in the official capacity as Secretary of Education; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for Civil Rights,

Defendants - Appellants.

————————————

**JUDGMENT**

Entered: January 15, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Donald Campbell Lockhart
Abraham R. George
Melissa N. Patterson
Steven A. Myers
Lindsey Reid Skibell
Sean R. Ouellette
Jonathan Hale Friedman